JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR CARRILLO,<br><br>            Plaintiff,<br><br>       v.<br><br>DARLA PEARCE, et al.,<br><br>            Defendants. | CASE NO. 2:19-cv-5090-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, **IT IS ADJUDGED** that Plaintiff Edgar Carrillo's Americans with Disabilities Act claim is denied as moot, his state Unruh Act Claim is dismissed without prejudice for lack of jurisdiction, and he takes nothing by his complaint.[1]

DATED: March 12, 2021

STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] All parties consented to proceed before the undersigned for all proceedings, including entry of judgment (ECF 32).  *See* 28 U.S.C. § 636(c)(1).